Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Zaldy N. Sabino,  93292-083 )
FCI, Morgantown )
446 Greenbag Road )
Morgantown, WV 26501            , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
                Petitioner, )
vs. )
)
)
Melissa Bayliss, Warden            , )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
)
                Respondent. )
)

FILED
JUN 1 6 2023
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:23-cv-229
(to be assigned by Clerk)

Bailey, Mazzone, Rubenstein

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

    ☐ a conviction
    ☒ a sentence
    ☐ jail or prison conditions
    ☐ prison disciplinary proceedings
    ☐ a parole problem
    ☐ other, state briefly: _____

**Attachment A**

2. Are you represented by counsel?    ☐ Yes    ☒ No

   If you answered yes, list your counsel's name and address: _____

3. List the name and location of the court which imposed your sentence:
   Eastern District, Virginia

4. List the case number, if known: 1:19CR109-001

5. List the nature of the offense for which the sentence was imposed:
   Fraud, Conspiracy, Bribery, & Honest Services Wire Fraud

6. List the date each sentence was imposed and the terms of the sentence:
   February 14, 2020

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☒ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

    ☒ A jury
    ☐ A Judge without a jury
    ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

    ☐ Yes      ☒ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: __N/A__
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☐ Yes      ☒ No

If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
        1. Name of Court: __N/A__

Attachment A

      2.     Nature of Proceeding: _____
      3.     Grounds Raised: _____
      4.     Did you receive an evidentiary hearing? ☐ Yes   ☐ No
      5.     Result: _____
      6.     Date of Result: _____

B.    Second post-conviction proceeding:
      1.     Name of Court: __N/A_____
      2.     Nature of Proceeding: _____
      3.     Grounds Raised: _____
      4.     Did you receive an evidentiary hearing? ☐ Yes   ☐ No
      5.     Result: _____
      6.     Date of Result: _____

C.    Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
      1.     First proceeding:   ☐ Yes   ☐ No   Result: __N/A_____
      2.     Second proceeding: ☐ Yes   ☐ No   Result: _____

D.    If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: __N/A_____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A.    U.S. Parole Commission unlawfully revoked my parole.
    B.    Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. x Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D.   Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E.   There is an unlawful detainer lodged against me.
F.   I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G.   The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A.   Ground one:
Federal Bureau of Prisons unlawfully denied my request for home confinement based on my clearly delineated chronic medical conditions as supported by affidavit of a uncompensated medical doctor.

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

See Attachment 1, Page 10a

B.   Ground two:

Attachment 1

Supporting Facts for Ground One

    I submitted a sworn affidavit from an uncompensated physician detailing my chronic medical conditions and my increased susceptibility to complications and death as a result of COVID-19. Moreover, the doctor, after reviewing all of my medical records, provided multiple examples of substandard care, during my incarceration, which would exacerbate the complications of COVID-19. BOP admittedly states that I am eligible for consideration under the CARES Act as I have no previous (violent) criminal convictions, a Minimum Pattern score and qualifying risk factors. Despite this, BOP chose to deny my request for home confinement by an unsupported statement that they are balancing public safety against inmate safety. It should be further noted that I have served over 50% of my sentence. Such an unsupported blanket denial would never pass muster in a court of law. Therefore I request that this Court grant the relief requested of home confinement.

**Attachment A**

I have accumulated 421 days of unattributed FTC from February of 2020 to April of 2021. Bureau of Prisons has taken the position that it is disallowing this FTC because this period encompasses time periods when I was in custody and intransit or was housed in a Special Housing Unit due to being quarantined or isolated due to COVID-19. This position is legally erroneous.

**Supporting facts:**

See Attachment 2, Page 11a

C. Ground three:

Supporting facts:

D. Ground four:

Attachment 2

Spporting Facts for Ground Two

Bureau of Prisons has steadfastly refused to acknowledge accumulation of FTC while I was in custody and intransit during Pandemic. Additionally BOP has refused to calculate FTC when I was involuntarily placed in a Special Housing Unit due to quarantine measures or isolation as a result of COVID-19 positive testing. BOP has simply disallowed of refused to recalculate and attribute FTC in violation of the law set by Congress and established by Federal Statute- and FSA provisions are manditory.

**Attachment A**

Supporting facts: _____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
    <u>N/A</u>_____
    _____
    _____
    _____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

    A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

       ☒ Yes     ☐ No

    1. If your answer to "A" above was yes, what was the result:
       <u>Denied</u>_____
       _____
       _____
       _____

**Attachment A**

2. If your answer to "A" above was no, explain:
   N/A

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes ☐ No

1. If your answer to "B" above was yes, what was the result:
   Denied

2. If your answer to "B" above was no, explain:
   N/A

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

   1. Make **no** legal arguments.
   2. Cite **no** cases or statutes.

   See Attachment 3, Page 13a

Attachment 3

Request for Relief

Ground One

    Grant my request for relief under the CARES Act.

Ground Two

    Order BOP to recalculate my eligibility for early release to RRC/HC as well as early release to supervise release according to the terms and condition of the First Step Act. As such, I should be credited with an additional 421 days of FTC in addition to the FTC I have earned since April,11, 2021 to the date of this petition which is not at issue, and therefore I should be released to home confinement immediately with all the credentials and certifications from BOP as is necessary and further, my release date should be recalculated as well by subtracting at least 421 days of FTC from my current, erroneous release date.

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

N/A

Signed this __5th__ day of __June__, __2023__.
       (day)          (month)        (year)

_[signature]_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __5 June 2023__   _[signature]_
                                                     Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

__Zaldy N. Sabino__

*Your full name*

v.

Civil Action No.: 5:23-cv-229

__Melissa Bayliss, Warden__

*Enter above the full name of respondent in this action*

## Certificate of Service

I, __Zaldy N. Sabino__ (your name here), appearing *pro se*, hereby certify that I have served the foregoing __Petition for Habeas Corpus__ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on __5 June 2023__ (insert date here):

(List name and address of counsel for respondent)

_____
(sign your name)